# EXHIBIT E

| HCDistrictclerk.com | DUNCAN LITIGATION INVESTMENTS LLC vs. BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ A PROFESSIONAL | | | 8/19/2019 |
|---|---|---|---|---|
| | Cause: 201951949 | CDI: 7 | Court: 281 | |

## DOCUMENTS

| Number | Document | Post Jdgm | Date | Pgs |
|---|---|---|---|---|
| 86511947 | Return of Service | | 08/06/2019 | 3 |
| 86400799 | PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURE | | 07/30/2019 | 5 |
| ·> 86400800 | Request for issuance of service | | 07/30/2019 | 1 |