United States District Court
Southern District of Texas
ENTERED
July 21, 2021
Nathan Ochsner, Clerk

**In the United States District Court**
**Southern District of Texas**
**Houston Division**

**Duncan Litigation Investments, LLC**
Plaintiff

v.

**Baker, Donelson, Bearman, Caldwell & Berkowitz, a Professional Corporation**
Defendant

**Civil Action No. 4:19-cv-03094**

## Agreed Docket Control Order

This case will be controlled by the following schedule:

### Deadlines

1. Passed — **Deadline to Amend Pleadings** Parties may amend pleadings by this date without leave of court. If Plaintiff(s) file(s) an Amended Complaint by this date, Defendant(s) may file a responsive pleading in accordance with Fed. R. Civ. P. 15(a)(3). After expiration of this deadline, a party seeking to amend pleadings must file a motion for leave demonstrating both good cause and excusable neglect in accordance with Fed. R. Civ. P. 6(b)(1)(B)

2. Passed — **Deadline to Add New Parties.** Unless a case has been removed from state court, new parties may be added by this date without leave of court. After expiration of this deadline, a party seeking to add a new party must file a motion for leave demonstrating both good cause and excusable neglect in accordance with Fed. R. Civ. P. 6(b)(1)(B). The attorney causing the addition of new parties will provide copies of this order and all orders previously entered in the case to new parties. Note: if a case has been removed from state court, a motion for leave must be filed seeking a permission to add new parties.

3. Passed — **Deadline to Designate Responsible Third Parties**

4. September 13, 2021 — Identification of plaintiff's experts and production of experts' reports in the form required by Fed. R. Civ. P. 26(a)(2)(B).

| | | |
|---|---|---|
| 5. | October 25, 2021 | Identification of defendant's experts and production of experts' reports in the form required by Fed. R. Civ. P. 26(a)(2)(B). |
| 6. | November 30, 2021 | **Completion of Discovery.** Written discovery requests are not timely if they are filed so close to this deadline that the recipient would not be required under the Federal Rules of Civil Procedure to respond until after the deadline. |
| 7. | N/A | **Limits on Discovery** |
| 8. | November 5, 2021 | **Dispositive Motions** Parties wishing to file dispositive motions must still follow the pre-motion conference requirements set forth in Section 6 of the local court procedures utilized by Judge Hanks and Judge Edison. |
| 9. | Passed | **Mediation** Parties must complete mediation by this date. |
| 10. | December 31, 2021 | **All Other Pretrial Motions** |
| 11. | January 14, 2022 | **Joint Pretrial Order and Motions in Limine** Plaintiff is responsible for timely filing the complete joint pretrial order. All information is to comply with the disclosure requirements of Fed. R. Civ. P. 26(a)(3). All parties are directed to read the Court's Procedures regarding required trial documents and procedures. |
| 12. | January 24, 2022 | **Docket Call** at 3:00 p.m. in courtroom 600. Other than as set out in the Court's Procedures, no pleadings or document filed within seven days of docket call will be considered by the Court. Any pending motions may be ruled on at docket call, the case will be set for trial, and further pretrial orders may be issued. |
| 13. | February 28, 2022 | **Jury Trial** Case is subject to being called to trial on short notice during this month. |
| | | Estimated Trial Time: 5 days. |

Signed at Houston, Texas, this 21st day of July, 2021.

George C. Hanks, Jr.
United States District Judge

Agreed as to Form and Substance:

**Reynolds Frizzell LLP**

*/s/ Chris Reynolds*
Chris Reynolds
State Bar No. 16801900
Brandon Allen
State Bar No. 24009353
S.D. Tex. Bar No. 25494
Adi Sirkes
State Bar No. 24117059
S.D. Tex. Bar No. 3397587
1100 Louisiana Street, Suite 3500
Houston, Texas 77002
Phone: 713-485-7200
creynolds@reynoldsfrizzell.com
allen@reynoldsfrizzell.com
asirkes@reynoldsfrizzell.com

**Attorneys for Defendant**
**Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C.**

**Meade & Neese LLP**

*/s/ D. John Neese, Jr. * by permission*
D. John Neese, Jr.
State Bar No. 24002678
Federal Bar No. 22641
Andrew K. Meade
State Bar No. 24032854
Federal Bar No. 32811
Samuel B. Haren
State Bar No. 24059899
Federal Bar No. 1743266
2118 Smith Street
Houston, Texas 77002
Phone: 713-355-1200
jneese@meadeneese.com
ameade@meadeneese.com
sharen@meadeneese.com

**Attorneys for Plaintiff**
**Duncan Litigation Investments, LLC**