United States District Court
Southern District of Texas
**ENTERED**
February 14, 2022
Nathan Ochsner, Clerk

In the United States District Court
Southern District of Texas
Houston Division

| | |
|---|---|
| **Duncan Litigation Investments, LLC**<br>Plaintiff<br><br>v.<br><br>**Baker, Donelson, Bearman, Caldwell & Berkowitz, a Professional Corporation**<br>Defendant | **Civil Action No. 4:19-cv-03094** |

### Amended Docket Control Order

This case will be controlled by the following schedule:

### Deadlines

1.  Passed — **Deadline to Amend Pleadings** Parties may amend pleadings by this date without leave of court. If Plaintiff(s) file(s) an Amended Complaint by this date, Defendant(s) may file a responsive pleading in accordance with Fed. R. Civ. P. 15(a)(3). After expiration of this deadline, a party seeking to amend pleadings must file a motion for leave demonstrating both good cause and excusable neglect in accordance with Fed. R. Civ. P. 6(b)(1)(B)

2.  Passed — **Deadline to Add New Parties.** Unless a case has been removed from state court, new parties may be added by this date without leave of court. After expiration of this deadline, a party seeking to add a new party must file a motion for leave demonstrating both good cause and excusable neglect in accordance with Fed. R. Civ. P. 6(b)(1)(B). The attorney causing the addition of new parties will provide copies of this order and all orders previously entered in the case to new parties. Note: if a case has been removed from state court, a motion for leave must be filed seeking a permission to add new parties.

3.  Passed — **Deadline to Designate Responsible Third Parties**

4.  January 28, 2022 — **Deadline to Respond to Motion to Strike Designation of Responsible Third Parties**

| | | |
|---|---|---|
| 5. | February 10, 2022 | **Deadline to Reply to Response to Motion to Strike Designation of Responsible Third Parties** |
| 6. | February 21, 2022 | **Deposition of Corporate Representative of Baker Donelson.** The deposition of a corporate representative of Baker Donelson will be completed by this date. |
| 7. | February 25, 2022 | Identification of plaintiff's experts and production of experts' reports in the form required by Fed. R. Civ. P. 26(a)(2)(B). |
| 8. | March 11, 2022 | Identification of defendant's experts and production of experts' reports in the form required by Fed. R. Civ. P. 26(a)(2)(B). |
| 9. | March 21, 2022 | **Completion of Discovery.** Written discovery requests are not timely if they are filed so close to this deadline that the recipient would not be required under the Federal Rules of Civil Procedure to respond until after the deadline. |
| 10. | N/A | **Limits on Discovery** |
| 11. | Passed | **Dispositive Motions** Parties wishing to file dispositive motions must still follow the pre-motion conference requirements set forth in Section 6 of the local court procedures utilized by Judge Hanks and Judge Edison. |
| 12. | Passed | **Mediation** Parties must complete mediation by this date. |
| 13. | March 28, 2022 | **All Other Pretrial Motions** |
| 14. | March 28, 2022 | **Joint Pretrial Order and Motions in Limine** Plaintiff is responsible for timely filing the complete joint pretrial order. All information is to comply with the disclosure requirements of Fed. R. Civ. P. 26(a)(3). All parties are directed to read the Court's Procedures regarding required trial documents and procedures. |
| 15. | April 8, 2022 | **Docket Call** __at 3:00 p.m.__. Other than as set out in the Court's Procedures, no pleadings or document filed within seven days of docket call will be considered by the Court. Any pending motions may be ruled on at docket call, the case will be set for trial, and further pretrial orders may be issued. |
| 16. | May/June 2022 | **Jury/Bench Trial** Case is subject to being called to trial on short notice during this month. |

Estimated Trial Time: __5__ days.

Signed at Houston, Texas, this 14th day of __February__, 2022.

_____
George C. Hanks, Jr.
United States District Judge

Agreed as to Form and Substance:

| **Reynolds Frizzell LLP** | **Meade & Neese LLP** |
|---|---|
| */s/ Chris Reynolds* | */s/ D. John Neese, Jr. *by permission* |
| Chris Reynolds | D. John Neese, Jr. |
| State Bar No. 16801900 | State Bar No. 24002678 |
| Brandon Allen | Federal Bar No. 22641 |
| State Bar No. 24009353 | Andrew K. Meade |
| S.D. Tex. Bar No. 25494 | State Bar No. 24032854 |
| Adi Sirkes | Federal Bar No. 32811 |
| State Bar No. 24117059 | Samuel B. Haren |
| S.D. Tex. Bar No. 3397587 | State Bar No. 24059899 |
| 1100 Louisiana Street, Suite 3500 | Federal Bar No. 1743266 |
| Houston, Texas 77002 | 2118 Smith Street |
| Phone: 713-485-7200 | Houston, Texas 77002 |
| creynolds@reynoldsfrizzell.com | Phone: 713-355-1200 |
| allen@reynoldsfrizzell.com | jneese@meadeneese.com |
| asirkes@reynoldsfrizzell.com | ameade@meadeneese.com |
| | sharen@meadeneese.com |
| **Attorneys for Defendant** | **Attorneys for Plaintiff** |
| **Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C.** | **Duncan Litigation Investments, LLC** |