UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

Duncan Litigation Investments, LLC

v.  Case Number: 4:19−cv−03094

Baker, Donelson, Bearman, Caldwell &
Berkowitz, A Professional Corporation

NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

George C Hanks, Jr

**PLACE:**   Courtroom 9A
United States District Court
515 Rusk Avenue
Houston, Texas 77002

**DATE:** 8/29/2022

**TIME:** 01:30 PM

**TYPE OF PROCEEDING:** Jury Trial

Date:   June 14, 2022

Nathan Ochsner, Clerk